THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

GRAZIELLE MARIE RUIZ DE PORRAS MARTINEZ

YAMIL ALBERTO ORTIZ PAGAN

XXX-XX-0820

XXX-XX-1451

Debtor(s)

CASE NO. 16-06060 ESL

Chapter 13

**FILED & ENTERED ON 08/24/2016**

## ORDER DENYING RESCHEDULING OF 341 MEETING

Debtor's request to reschedule the 341 meeting of creditors is hereby denied without prejudice for failure to comply with PR LBR 2003-1(c).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of August, 2016.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

C: DEBTOR
JESUS ENRIQUE BATISTA SANCHEZ
JOSE RAMON CARRION MORALES
UST